# NOVEMBER TERM, 1788.

## CHARLES MORGAN *v.* WILLIAM DRYDEN.

### *On a Caveat.*

The plaintiff, on the 26th day of May, in the year 1784, entered the following caveat, to-wit:

"Let no grant issue for a plat of 200 acres of land, surveyed for Wm. Dryden, assignee of Bryan McDonald, on part of a pre-emption warrant adjoining the lower side of Bryan McDonald's settlement on Howard's creek, in Fayette county, surveyed by James McMillin; as Charles Morgan claims the same by virtue of a prior entry on a treasury warrant for 500 acres, the said William Dryden having withdrawn the above-mentioned 200 acres, and re-entered the same in a different place, subsequent to the said Charles Morgan's entry.

The plaintiff's entry mentioned in the said caveat, was made December 30, 1782, with the surveyor of Fayette county, and is in the following words, to-wit:

"Charles Morgan, assignee of Thomas Brown, withdraws his entry of 500 acres, on the first branch on the west side of the Fallen Timber fork adjoining Capt. John Marshall's entry of 5000 acres, and re-enters the same between the entries and surveys made by George May, John Holder, James Morrow, David McGee, Randall Leforce, James Montgomery, Bartlett Searcy, Bryan McDonald, James McMillin, and William Bush, which will include Howard's lower creek and several branches thereof."

Also on the 4th day of February, 1783, the plaintiff made the following entry with the said surveyor, to-wit:

"Charles Morgan, assignee, enters 482 acres of land on part of a treasury warrant, No. 11,908, adjoining the upper side of his 500 acre entry, on Howard's creek, and adjoining the south-west and north side of Bartlett Searcy, heir to Richard's, settlement and

pre-emption, to run in as ·regular a form as the vacancy will admit, to include the quantity."

On the 24th day of May, in the year 1784, the plaintiff caused a survey to be made of 650 acres, by virtue of the entry for 500 acres, made December 30, 1782, together with 150 acres, part of the entry of 482 acres, made the 4th of February, 1783.

Bryan McDonald entered his certificate for settlement with the surveyor of Kentucky county, on the 18th day of January, 1780, in the following words, to-wit:

"Bryan McDonald enters 400 acres in Kentucky, by virtue of a certificate, etc., lying on the west fork of Howard's creek, a branch of Kentucky, running up the said fork for quantity."

And on the 8th day of January, 1783, the defendant entered the pre-emption warrant in the following words, with the surveyor of Fayette county, to-wit:

"William Dryden, assignee of Bryan McDonald, enters 1,000 acres of land on a pre-emption warrant, No. 1,161, on the west fork of Howard's creek, adjoining the settlement, to run up the creek on both sides for quantity."

And on the 26th day of January, in the year 1784, withdrew and re-entered 200 acres of the said pre-emption, in the following words, to wit:

"William Dryden withdraws 200 acres of his pre-emption, being that part which is taken away by a prior claim, and re-enters the same, beginning at a buckeye and sugar tree, a corner to Bryan McDonald's settlement, thence south 19 west, 120 poles, to a buckeye; thence south 71 east, 300 poles, to two sugar trees; thence north 19 east, 120 poles, to a stake, in the line of Bryan McDonald's settlement: thence north 71 west, 300 poles, to the beginning."

The annexed connected plat, No. 6, was returned in this cause, of which the following is an explanation:

Morgan *v.* Dryden.

*No 6.*

*South.*

A B C D E F G H I K L, Charles Morgan's survey of 650 acres, part on the entry of 500 acres, and 150 acres on the entry of 482 acres. C D M N, James Morrow's 400 acres, treasury warrant. E M O P, David McGee's settlement of 400 acres. P Q R S, David McGee's 100 acres, treasury warrant. 1 2 3, and dotted lines, part of George May's entry of 200 acres, on treasury warrant. 2 to C, a line of John Helder's entry of 200 acres, on treasury warrant, which 200 acres lies west of that line. E G T U, defendant's survey on his entry of 200 acres, part of pre-emption warrant. G H V W, Bryan McDonald's survey on settlement. *a b d*, part of James McMillin's settlement survey of 400 acres. O X Y, part of David McGee's pre-emption of 1,000 acres. To the

2

north-east of the line W V, is the survey of William Dryden, assignee of Bryan McDonald, of 800 acres, part of the pre-emption. A 1 2 C D E Z R *e f* T H I K L, plaintiff's 500 acres, laid down agreeably to the judgment of the court. A, the beginning corner of a pre-emption, surveyed for John Holder, assignee of John Howard. The large water course is the Kentucky river; the small one Howard's creek and its branches.

*Copies of the Entries filed in the cause, of such claims as are laid down on the connected plat.*

"*November* 28, 1782.

"George May, assignee of Adam Shepherd, enters 200 acres of land, upon part of a treasury warrant, No. 924, beginning at the mouth of the first branch that empties into the Kentucky below Howard's lower creek, and to run north 200 poles; thence westwardly from both ends of the same line for quantity."

"*November* 30, 1782.

"John Holder, assignee of Lewis Craig, enters 100 acres, upon part of a treasury warrant, No. 497, being the remaining part of said warrant. Also, 100 acres upon part of a treasury warrant, No. 924, as assignee of Lewis Craig, who was assignee of George May, who was assignee of Adam Shepherd, beginning at the north end of George May's entry of 200 acres, that lies below the mouth of Howard's lower creek; then to extend northwardly to Morrow's line; thence westwardly with the said line and with May's west line, and joining Boone and Hickman for quantity."

"*September* 18, 1780.

"James Morrow enters 400 acres upon a treasury warrant, beginning about 1¼ miles below Floyd's path, and extending up the creek for quantity."

NOTE.—This entry was surveyed December 29, 1782.

"*September* 13, 1780.

"David McGee, assignee of James McGuire, enters 100 acres upon a treasury warrant, adjoining his settlement on Howard's creek, on the south-east side."

"*February* 3, 1780.

"James McMillin enters 400 acres in Kentucky, by virtue of a certificate, etc., lying on the fork of Howard's creek, joining William Bush's land, to include his improvement."

"*May* 10, 1780.

"William Bush, assignee, etc., enters 600 acres of land upon a

treasury warrant, No. 524, adjoining on the river opposite to Boonesborough, and joining Howard on the upper side, running out and back for quantity."

At the last June term, the court pronounced an interlocutory judgment for the plaintiff, and at this term amended the same. The judgment as amended is as follows, to-wit:

BY THE COURT.—The plaintiff's survey ought to begin on the Kentucky river, above the mouth of Lower Howard's creek, at the lower corner of a pre-emption surveyed for John Holder, assignee of John Howard, and to extend from thence down the said river as it meanders to the beginning of George May's entry, at the mouth of the first branch below the mouth of Lower Howard's creek; thence north, with May's line, to the north-east corner of the said May's entry; thence with the line of John Holder's entry to a line of the plaintiff's survey as at present run, at the south-east corner of James Morrow's entry; thence with the line of the said plaintiff's survey, to the south-east corner of David McGee's survey of 100 acres; thence with the said McGee's eastwardly line, which is also a line of the said plaintiff's survey, so far that a direct line through the defendant's survey, and parallel to Bryan McDonald's settlement line, as it is laid down in the plat, and continued till it strikes a line of the defendant's survey, will leave to the defendant all the residue of the said plaintiff's survey, above 500 acres, after it is thus altered. Order of survey, etc., and judgment for the plaintiff, etc.